**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STEVEN JOSEPH RODNEY** | **CASE NO. 3:22-CV-04556** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN HEDGEMON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted: Plaintiff Steven Joseph Rodney's request for compensatory damages, claims against Deputies Ronnie and Brown in their official capacities, and claims against Warden Hedgemon, Assistant Warden Deville, and Assistant Warden Russell.

MONROE, LOUISIANA, this 27th day of December 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE