# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STEVEN JOSEPH RODNEY** | **CIVIL ACTION NO. 22-4556** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN HEDGEMON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 37] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 24] filed by the remaining Defendants, John Brown and Ronnie Berry, is **GRANTED**, and that Plaintiff Steven Rodney's remaining claims are **DISMISSED WITHOUT PREJUDICE** on the merits, but **DISMISSED WITH PREJUDICE** for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.

MONROE, LOUISIANA, this 2nd day of April 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**